UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY<br><br>   v.<br><br>ST. BERNARD PARISH GOVERNMENT | CIVIL ACTION NO.<br><br>DISTRICT JUDGE<br><br>MAGISTRATE JUDGE |

## COMPLAINT

Plaintiff, American Contractors Indemnity Company ("ACIC"), for its Complaint against the St. Bernard Parish Government ("St. Bernard"), avers as follows:

### Parties

**1.**

ACIC is a corporation incorporated under the laws of the State of California with its principal place of business in Los Angeles, California.

**2.**

Defendant herein is St. Bernard, a political subdivision of the State of Louisiana located and doing business in St. Bernard Parish, Louisiana.

### Jurisdiction and Venue

**3.**

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332 because it is a civil matter between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.

Venue is proper pursuant to 28 U.S.C. §1391 because St. Bernard is located within this judicial district and the dispute involves a contract for the construction of a project located within this judicial district.

**Background**

5.

St. Bernard is indebted to ACIC and ACIC is entitled to judgment against St. Bernard in the principal sum of One Hundred Twenty-One Thousand Nine Hundred Eighty-Two and 03/100 ($121,982.03) Dollars, plus interest and costs for the following reasons:

6.

St. Bernard, as owner, and Phoenix Constructors, LLC ("Phoenix"), as contractor, entered into a contract (the "Contract") for the construction of a project referred to as the Main Yard Site Work, Parish Project No. PW19795 (the "Project"). A copy of the Contract is attached hereto as Exhibit "A."

7.

Pursuant to the Louisiana Public Works Act, La. R.S. 38:2241, *et seq.*, ACIC, as surety, issued a statutory payment bond (the "Payment Bond") and performance bond (the "Performance Bond") for the Contract (the Performance Bond and Payment Bond are sometimes herein jointly referred to as the "Bonds"). The Bonds have a penal sum of One Million One Hundred Seventeen Thousand and 00/100 ($1,117,000.00) Dollars. The Bonds are attached hereto as Exhibit "B," *in globo*.

8.

On information and belief, there is a remaining balance on the Contract of One Hundred Twenty-Seven Thousand Nine Hundred Forty-Four and 05/100 ($127,944.05) Dollars, which St. Bernard continues to hold (hereinafter referred to as the "Contract Funds").

**9.**

The Project was substantially completed by Phoenix on October 27, 2016.

## Cause of Action

**10.**

ACIC incorporates the allegations of the preceding paragraphs as if set forth herein *in extenso*.

**11.**

Phoenix failed to pay certain of its subcontractors and/or suppliers and as a result thereof, claims were asserted against ACIC.

**12.**

To date, ACIC has paid One Hundred Twenty-One Thousand Nine Hundred Eighty-Two and 03/100 ($121,982.03) Dollars to claimants, which amount is broken down as follows:

| Claimant | Amount |
| --- | --- |
| Landrieu Concrete & Cement Industries | $18,992.20 |
| Pelican Construction Supplies, LLC | $12,374.23 |
| Wood Materials, LLC | $90,615.60 |
|  | **$121,982.03** |

**13.**

ACIC is subrogated to St. Bernard's and the claimants' rights to the Contract Funds to the extent of the payments made, or to be made, by ACIC.

**14.**

Therefore, ACIC is entitled to judgment in its favor and against St. Bernard in the full principal amount of One Hundred Twenty-One Thousand Nine Hundred Eighty-Two and 03/100 ($121,982.03) Dollars, plus all additional amounts incurred by ACIC as a result of claims being asserted against it and/or the Bonds, plus costs and interest.

WHEREFORE, after due proceedings herein, ACIC prays for judgment in its favor and against St. Bernard in the amount of One Hundred Twenty-One Thousand Nine Hundred Eighty-Two and 03/100 ($121,982.03) Dollars, plus interest, costs, and all other just and equitable relief to which ACIC is entitled.

    Respectfully submitted,

*/s/     Douglass F. Wynne, Jr.*
H. Bruce Shreves, (Bar No. 12040)
Jay H. Kern, (Bar No. 7345) (T.A.)
Douglass F. Wynne, Jr., (Bar No. 32019)
Kaile L. Mercuri, (Bar No. 35203)
SIMON, PERAGINE, SMITH & REDFEARN, LLP
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
*Attorneys for American Contractors Indemnity Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 30th day of June, 2017.

*/s/     Douglass F. Wynne, Jr.*